Thomas D. Burton, et al., and Famous Finance Co., a
Corporation, Plaintiffs (Objectors) Appellants, v.
John L. Cain, as Treasurer of Sangamon County,
Illinois, and Ex-Officio Town Collector of Capital
Township and not as an Individual, Defendant-
Appellee.

Gen. No. 10,635.

Fourth District.

October 27, 1965.

James R. Reilly, of Springfield, for
appellants; Raymond L. Terrell, State's Attorney and Thomas W.
Hoopes, both of Springfield, for appellee. Opinion by JUSTICE
TRAPP. **Not to be published in full.**